

## NUMBER 13-18-00243-CV

## COURT OF APPEALS

## THIRTEENTH DISTRICT OF TEXAS

## CORPUS CHRISTI - EDINBURG

| | |
|---|---|
| YVETTE HERNANDEZ, | Appellant, |

v.

| | |
|---|---|
| FIRST BANK D/B/A FIRST BANK MORTGAGE, ITS SUCCESSORS AND ASSIGNS, | Appellee. |

### On appeal from the County Court of Willacy County, Texas.

## MEMORANDUM OPINION

**Before Chief Justice Valdez and Justices Rodriguez and Benavides
Memorandum Opinion by Justice Rodriguez**

Appellant, Yvette Hernandez, appealed a judgment entered by the County Court of Willacy County, Texas. On May 29, 2018 and June 13, 2018, the Clerk of this Court notified appellant, in accordance with Texas Rule of Appellate Procedure 42.3(c), that we would dismiss this appeal unless the $205.00 filing fee was paid within ten days from

receipt of the letter.   *See* TEX. R. APP. P. 42.3(c).   Appellant has not responded to the notices from the Clerk or paid the $205.00 filing fee.   *See* TEX. R. APP. P. 5, 12.1(b).

The Court, having considered the documents on file and appellant's failure to pay the filing fee, is of the opinion that the appeal should be dismissed.   *See id.* 42.3(b), (c). Accordingly, the appeal is DISMISSED for want of prosecution.

NELDA V. RODRIGUEZ
Justice

Delivered and filed the
26th day of July, 2018.